IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WARREN SIGN COMPANY, INC., | ) |
| Plaintiff, | ) |
| | ) Case No.: |
| v. | ) |
| | ) State Cause No.: 08WY-CV00209 |
| DONALD KLIETHERMES d/b/a | ) |
| CUSTOM SIGN CO., | ) |
| | ) |
| Defendant. | ) |

**MOTION:**
Granted ✓
Denied _____
Overruled _____
Date _____
O[signature] 6/29/09

**MOTION FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADING**

COMES NOW Defendant Donald Kliethermes d/b/a Custom Sign Co. and respectfully requests that the Court grant him up to and including July 7, 2009 to file his answer or other responsive pleading. Plaintiff will not be prejudiced by this short extension.

Defendant also requests leave to file this Motion without a supporting memorandum.

WHEREFORE and for the foregoing reasons, Defendant respectfully requests that the Court grant him up to and including July 7, 2009 within which to file an answer or other responsive pleading.

**BUCKLEY & BUCKLEY, L.L.C.**

By: /s/David S. Davis
Martin J. Buckley   FBN 2743
David S. Davis FBN 76435
Attorneys for Defendant
1139 Olive Street, Suite 800
St. Louis, MO  63101
Phone:  (314) 621-3434
Facsimile: (314) 621-3485